

Opinions of the United
States Court of Appeals
for the Third Circuit

10-1-1999

# United States v Pitt

Precedential or Non-Precedential:

Docket 98-7383, 98-7497

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"United States v Pitt" (1999). *1999 Decisions.* Paper 271.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/271

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed October 15, 1999

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 98-7383 and 98-7497

UNITED STATES OF AMERICA,

v.

RICHARD LYNN PITT,

        Appellant in No. 98-7383

UNITED STATES OF AMERICA,

v.

WILLIAM MICHAEL STRUBE,
also known as Mike Strube,

        Appellant in No. 98-7497

Before: GREENBERG and ALITO, Circuit Judges,
and DOWD,* District Judge

ORDER AMENDING SLIP OPINION

The slip opinion filed October 1, 1999, in the above case
is amended as follows:

        1. The last sentence in the first complete paragraph on
        page 8 is amended to read as follows:

        The court refused to overturn Wilson's conviction
        because there was no evidence to support the

_____

* Honorable David D. Dowd, Jr., Senior Judge of the United States
District Court for the Northern District of Ohio, sitting by designation.

conclusion that his reliance on public authority was objectively reasonable.6

The footnote remains as originally published.

2. The last two sentences of the incomplete paragraph at the top of page 9 which carries over from page 8 is amended to read as follows:

Just as for actual public authority, the enactment of Rule 12.3 did not alter the defense of apparent public authority. Therefore, the law in jurisdictions where actual authority was required was not altered. 7

The footnote remains as originally published.

By the Court:

/s/ David O. Dowd, Jr.
    U.S. District Judge

DATED: October 15, 1999

A True Copy:
Teste:

    Clerk of the United States Court of Appeals
    for the Third Circuit

2